UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 14-1410

Caption [use short title]: In re Advanced Battery Technologies, Inc. Securities Litigation

**Motion for:** Extension of Time to File Brief

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant seeks a two-week extension to file its principal brief.

**MOVING PARTY:** Ruble Sanderson

☑ Plaintiff ☐ Defendant

☑ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** EFP Rotenburg/Bagell Josephs & Levine

**MOVING ATTORNEY:** Murielle J. Steven Walsh

**OPPOSING ATTORNEY:** William Kelly/Gabriel Nugent

[name of attorney, with firm, address, phone number and e-mail]

Pomerantz LLP
600 Third Avenue, 20th Floor, New York, NY 10016
212.661.1100 mjsteven@pomlaw.com

Wilson Elser LLP/Hiscock & Barclay LLP
1133 Westchester Ave., White Plains, NY 10604/One Park Place, Syracuse, NY 13202
914.872.7185 william.kelly@wilsonelser.com/315.425.2836 gnugent@hblaw.com

Court-Judge/Agency appealed from: Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this Court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Murielle J. Steven Walsh **Date:** 05/14/2014

Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

In re Advanced Battery Technologies, Inc. Securities Litigation

Docket No. 14-1410

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Plaintiff-Appellant Ruble Sanderson ("Plaintiff") hereby respectfully requests a two-week extension of the current briefing schedule. In support thereof, Plaintiff states the following:

1. On May 9, 2014, the Court placed this matter on its expedited calendar. (Dkt. No. 10.) Currently, Plaintiff's principal brief is due on June 13, 2014, and Defendants' principal briefs are due on July 18, 2014.

2. Counsel with primary responsibility for this appeal have a previously-instituted due date for a class certification motion on the same date as their principal brief in this case. Counsel cannot delegate the responsibility for either matter. Therefore, counsel requests a short two-week extension of the briefing schedule, which would cause Plaintiff's principal brief to be due on June 27, 2014 and Defendants' principal briefs to be due on August 1, 2014.

3. Opposing counsel do not oppose the proposed extension.

Wherefore, Plaintiff respectfully requests a two-week extension of the briefing schedule, or such other time as the Court may deem just and proper.

DATED: May 14, 2014

Respectfully submitted,

*/s/ Murielle J. Steven Walsh*
Murielle J. Steven Walsh
Star M. Tyner
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
mjsteven@pomlaw.com
smtyner@pomlaw.com
*Attorneys for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2014, the foregoing document was filed with the Clerk of the Court using the CM/ECF electronic filing system, which will notify all counsel of record of such filing electronically.

*/s/ Murielle J. Steven Walsh*
Murielle J. Steven Walsh
Of Counsel