# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand and fourteen.

Before:    Ralph K. Winter,
           *Circuit Judge.*

_____

In Re: Advance Battery Technologies, Incorporated
------------------------------------------------------------------
Ruble Sanderson,

    Plaintiff-Appellant,    **ORDER**

    v.                       Docket No. 14-1410

Advance Battery Technologies, Incorporated, Zhiguo Fu,
Guohua Wan, Dan Chang, Bagell, Josephs, Levine & Co.,
LLC, Friedman LLP, EFP Rotenberg, LLP,

    Defendants-Appellees.

_____

Appellant's counsel moves for a two-week extension of time until June 27, 2014 to file the principal brief and joint appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective June 27, 2014 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013). The Appellees' brief must be filed on or before August 1, 2014.

                                                             For the Court:

                                                            Catherine O'Hagan Wolfe,
                                                             Clerk of Court

